# Third District Court of Appeal

## State of Florida

Opinion filed October 6, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D19-2175
Lower Tribunal Nos. 99-7940, F74-5968, and F74-5800

————————

**Dolphus Donaldson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Teresa Mary Pooler, Judge.

Carlos J. Martinez, Public Defender, and Manuel Alvarez, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Gabrielle Raemy Charest-Turken, Assistant Attorney General, for appellee.

Before LINDSEY, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed. See Abaunza v. State, 278 So. 3d 207, 210 (Fla. 1st DCA 2019) (explaining that standard of review is limited to whether trial court's conclusion is supported by competent substantial evidence); Barron v. State, 217 So. 3d 1088, 1091 (Fla. 3d DCA 2017) (noting that under section 394.918(3), Fla. Stat., as amended in 2014, a trial court is authorized to "weigh and consider" conflicting evidence in a probable cause hearing under the Sexually Violent Predators Act).